UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CLAUDIA BARBER,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. C11-1790-RSL-MAT<br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including July 16, 2012, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including July 30, 2012, to file a reply brief.

DATED this 6th day of June, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1    ORDER - [C11-1790-RSL-MAT]

1

2
Presented by:

3
s/ Benjamin J. Groebner

4  BENJAMIN J. GROEBNER
Special Assistant U.S. Attorney

5  Office of the General Counsel
Social Security Administration

6  701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075

7  Telephone: (206) 615-2494
Fax: (206) 615-2531

8  benjamin.groebner@ssa.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23