01

02

03

04

05                     UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
06                              AT SEATTLE

07   CLAUDIA BARBER,                      )
                                          )   CASE NO. C11-1790-RSL
08          Plaintiff,                    )
                                          )
09          v.                            )
                                          )   ORDER OF REMAND
10   MICHAEL J. ASTRUE,                    )
     Commisioner of Social Security,      )
11                                        )
            Defendant.                    )
12   _____    )

13          The Court has reviewed the entire record, including the Administrative Record, the

14   memoranda of the parties, and the Report and Recommendation of United States Magistrate

15   Judge Mary Alice Theiler.   It is therefore ORDERED:

16          (1)    The Court adopts the Report and Recommendation; and

17          (2)    The Court REMANDS this matter for further administrative proceedings.

18          Dated this 28th day of August, 2012.

19

20          _____
            ROBERT S. LASNIK
            United States District Judge

21

22

ORDER OF REMAND
PAGE -1